IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM M. TODD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-cv-01073 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff William M. Todd's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response. (Doc. No. 21.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 23.) The Report was entered on March 18, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 18.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 22nd day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT